# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145140 & (40)

ROBERT L. ANDERSON, JR., LISA A.
ANDERSON, 1098 INVESTMENTS L.L.C.,
and COOPERSVILLE MOTORS, INC.,
            Plaintiffs-Appellants,

v

DAVID & WIERENGA, P.C. and RONALD
E. DAVID,
            Defendants-Appellees.

SC: 145140
COA: 301946
Kent CC: 09-012883-CK

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 10, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

d0827